KENNETH    KIMES
(Name)

480 ALTA RD  R.J.D.C.F.
(Address)

SAN DIEGO, CA. 92179
(City, State, Zip)

V-80313
(CDCR / Booking / BOP No.)

**FILED**

Mar 9 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ JenniferS        DEPUTY

# United States District Court
## Southern District of California

KENNETH    KIMES                  , Plaintiff,
(Enter full name of plaintiff in this action.)

                                      )
                                      )
                                      )
MARCUS POLLARD(WARDEN OF RJD)         )
KATHLEEN ALLISON (Secretary (DCR)     )
                                      )
K. COWART (CDCR C/O)                  )
R. BARENCHI (CCHCS Physician)         )
HELEN NORRIS (CCHCS RDN)              )
A. BOSTO  (CCHCS RDN)                 )
P. MEJIA   (CCHCS Records Tech.)      )
C. DOMINGO(CCHCS records Tech.)       )
ALMA MARTINEZ(CCHCS Info. Manag)      )
                        Defendants    )
                                      )

Civil Case No. 3;21-cv-0124-CAB-
(To be supplied by Court Clerk)    AHG

Complaint under the
Civil Rights Act
42 U.S.C. § 1983
✗ WITH JURY DEMAND ✗

*FIRST AMENDED COMPLAINT*

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff,  KENNETH  KIMES
(print Plaintiff's name)
_____, who presently resides at  R.J.D.C.F. 480 ALTA RD.
(mailing address or place of confinement)
SAN DIEGO, CA. 92179                            , were violated by the actions of

the below named individuals.  The actions were directed against Plaintiff at  R.J.D.C.F.
CDCR STATE PRISON              on (dates) 4-4-20, 12-24-19, and 4-1-20.
(institution/place where violation occurred)        (Count 1)    (Count 2)       (Count 3)

                                    Count 4 — 4-7-2020

§ 1983 SD Form
(Rev. 8/15)

KENNETH    KIMES
_____
(Name)
480 ALTA RD   R.J.D.C.F.
_____
(Address)
SAN DIEGO, CA. 92179
_____
(City, State, Zip)
V-80313
_____
(CDCR / Booking / BOP No.)


# United States District Court
## Southern District of California

KENNETH    KIMES
_____, Plaintiff,
(Enter full name of plaintiff in this action.)

)
)
)
)
MARCUS POLLARD(WARDEN OF RJD)    )     Civil Case No. **3;21-cv-0124-CAB-**
KATHLEEN ALLISON (Secretary CDCR) )    (To be supplied by Court Clerk)    **AHG**
K. COWART (CDCR C/O)              )
R. BARENCHI (CCHCS Physician)     )     Complaint under the
HELEN NORRIS  (CCHCS RDN)         )     Civil Rights Act
A. BOSTO   (CCHCS RDN)            )     42 U.S.C. § 1983
P. MEJIA   (CCHCS Records Tech.)  )     ✗ WITH JURY DEMAND ✗
C. DOMINGO(CCHCS records Tech.)   )
ALMA MARTINEZ(CCHCS Info. Manag.) )Defendants    **✗FIRST AMENDED COMPLAINT✗**
                                  )

## A.  Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to
assert jurisdiction under different or additional authority, list them below.

_____

## B.  Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff,  KENNETH    KIMES
                                                                (print Plaintiff's name)
_____, who presently resides at  R.J.D.C.F. 480 ALTA RD.
                                                        (mailing address or place of confinement)
SAN DIEGO, CA. 92179                                        , were violated by the actions of

the below named individuals.  The actions were directed against Plaintiff at  R.J.D.C.F.

CDCR STATE PRISON                    on (dates)  4-4-20, 12-24-19, and  4-1-20.
(institution/place where violation occurred)      (Count 1)     (Count 2)      (Count 3)

                                        Count 4 _ 4-7-2020

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant       MARCUS POLLARD       resides in    SAN DIEGO ,
                       (name)                                    (County of residence)
and is employed as a       WARDEN OF RJDCF       . This defendant is sued in
                               (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: By allowing inmates with H.I.V. and Hepetitus to handle my food and
by allowing my food to be served rotten or with it opened and missing half its
contents, repeatedly at least three times a week for the last 5 years.

Defendant KATHLEEN ALLISON       resides in    SACRAMENTO ,
               (name)                                    (County of residence)
and is employed as a SECRETARY OF CDCR       . This defendant is sued in
                               (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: SAME AS DEFENDANT M. POLLARD ABOVE


Defendant K. COWART       resides in    SAN DIEGO ,
               (name)                                    (County of residence)
and is employed as a       C/O IN R&R       . This defendant is sued in
                               (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: BY threatening plaintiff for filing a grievance, by falsifying State
documents and removing documents inside plaintiffs file in R&R

Defendant R. BARENCHI resides in SAN DIEGO, and is employed as a Physician and Surgeon for California Correctional Health Care Services.(CCHCS) This defendant is sued in his individual and official capacity. This defendant acted under color of law by falsifying State documents and removing State documents from my medical file.

Defendant HELEN NORRIS resides in SAN DIEGO, and is employed as a DIETITIAN for California Correctional health Care Sevrices.(CCHCS) This defendant is sued in her individual and official capacities. This defendant acts under color of law by allowing my medical diet food to be served either cold or rotten or half missing or with ingredients that are known by her to contain the very stuff I am allergic to in the first place and the very reason I have the medical diet in the first place, and by allowing known inmates with HIV and Hepititus to handle and steal my medical diet.

Defendant A. BOSTO resides in SAN DIEGO, and is employed as a RDN/DIETITIAN for California Correctional Health Care Services.(CCHCS) This defendant is sued in her individual and official capacities. This defendant acts under color of law by allowing my medical diet food to be served either cold or rotten or half of it missing or with ingredients that are known by her to contain the very stuff I am allergic to in the first place and is the very reason I have the medical diet for, and by allowing inmates with known HIV and Hepititus to handle and steal my medical diet food.

Defendant P. MEJIA resides in SAN DIEGO, and is employed as a HRT for California Correctional Health Care Services.(CCHCS) This defendant is sued in their individual and official capacities. This defendant acts under color of law by refusing me access to my medical files.

Defendant C. DOMINGO resides in SAN DIEGO, and is employed as a HRT for California Correctional Health Care Services.(CCHCS) This defendant is sued in their individual an official capacities. This defendant acts under color of law by refusing me access to my medical files.

Defendant ALMA MARTINEZ resides in SAN DIEGO, and is employed the Health Information Manager for C.C.H.C.S. This defendant is sued in her individual and official capacity. This defendant acts under color of law by refusing me access to my medical files.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: **8th amendment violation**

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 03/02/2012 defendant R. BARENCHI issued an order for plaintiff to be given three gluten free meals a day due to plaintiff being diagnosed with Celiac disese, and a second order on 04/05/2012 stating the same. See att. A+B. R.BARENCHI's orders were issued to defendants: HELEN NORRIS and A. BOSTO, who are employed as the diet-itians directly responsible for ensuring my medical diet is healthy and a complete meal for each of the three times I am served this medical diet a day, have been doing the complete opposite. On Feb. 20, 2019 they allowed my meal to be stolen every day from their kitchen area where the diet meals are kept, and on March 11, 2019 they continued to let it happen to me, and March 06, 2019, and April 14, 2020, it was still happening, yes a year later, and Feb, 03, 2020, and June 01, 2020, see Exhibit C. These same defendants have been continuously serving plaintiff his food completely spoiled and rotten. 12/29/19, 12/30/19, 01/21/2020, 02/02/2020, 02/08/20. See exhibit D. These same defendants have also been serving plaintiff his food con-taining the exact ingredients that plaintiff is diagnossed as Celiac for in the fir-st place which is Gluten, on 01/25/2020, 01/27/2020, 04/04/2020. See exhibit E The actions of these defendants in inflicting this cruel and unusual punishment on me has given me multiple medical problems that are on going still: 04/13/2019, 01/31/2020, 03/23/2020. See exhibit F. These defendants have been inflicting this torture on plaintiff for five years now and their actions in doing this to me is in direct violation of my 8th amendment right under the United States Constitution.

<u>Count 2:</u> The following civil right has been violated: 1st, 5th, 8th, 14th Amendments

violations

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u> [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On Oct. 28, 2015 and on Jan 04, 2016, defendant R. BARENCHI issued medical chronos stating that plaintiff has celiac disease and is allowed to purchase any gluten free foods such as, yogurt, protein powder, produce, fruits and vegetables, from a market vendor at plaintiffs own expense since the approved vendors including canteen here, does NOT offer any of the items that plaintiff was directed to consume DAILY. See exhibit G. Plaintiff ordered the items at plaintiffs expense on Jan 02, 2020, and the order came to R&R Department. Defendant K. COWART who was in the R&R Dept. at the time refused the order and told plaintiff that he was not allowed to have the order and that there was no medical file /chrono in plaintiffs R&R property file there. See exhibit H. Plaintiff filed an appeal Log# RJD-D-19-04270. see exhibit I. Once defendant K. COWART saw that plaintiff filed an appeal about the order and chrono in my R&R file she removed plaintiffs whole property file including the medical chrono. Then defendant's M.POLLARD and K. COWART even had defendant R. BARENCHI recant his 4 year old medical chrono and issue a new one stating that plaintiff was now Not allowed to order food for his medical diet. See exhibit J. Plaintiff even wrote to the only approved vendor that was offering medical diet foods/ chrono store items and was told that they no longer offer medical food chrono diet store items now meaning that there are NO CDCR vendors that will provide plaintiff with any food items directed by his doctor to eat DAILY. See exhibit K. dated Nov. 01, 2019. Plaintiff wrote multiple CDCR 22 forms to R&R Dept. requesting help in getting his order/ chrono worked out and Defendant K.COWART did Not provide any help and actually threatened plaintiff for filing an appeal. See exhibit L. dated Dec, 06, 2019 and Dec. 24, 2019. The actions of these defendants in denying plaintiff to order his own food and in retaliating against plaintiff by destroying his R&R file containing his chrono and even threatening plaintiff violated plaintiffs rights under the 1st, 5th and 14th amendments and by continuing to allow rotten food be served to plaintiff and not allowing plaintiff to order his own food this constitued cruel and unusual punishment in violation of the 8th amendment to the United States Constitution....

<u>Count 3</u>: The following civil right has been violated: <u>5th, 8th, and 14th Amendment violations</u>

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Defendants M.POLLARD, K. ALLISON, HELEN NORRIS, and A. BOSTO have been allowing inmates infected with HIV and HEPETITUS to work in the culunary and handle plaintiff's food. See exhibit M showing multiple Declarations/ Affidavits from inmates here that are positive for these viruses, and allowed to handle food for plaintiff.Dated Mar. 04, 2020 and Mar. 20, 2020. These defendants knowingly cleared these infected inmates to work in the kitchen and knowingly put the rest of us mainly plaintiff in direct harms way to potentially catch one of these or both of these viruses by their actions. After plaintiff raised these concerns with these defendants, they still refused to give any of the kitchen inmates handling plaintiffs food any type of screening or review to correct this issue.See exhibit N which shows that on dates: 03/04/20, 12/27/19, 01/24/20, and 04/01/20, plaintiff was given rotten food that was prepared by these infected inmates and it caused plaintiff severe and on going medical problems. These actions inflicted on plaintiff by defendants are in direct violation of plaintiffs rights under the 5th, 14th amendments (due process for not screening inmates for viruses) and the 8th amendment for subjecting plaintiff to cruel and unusual punishment for forcing plaintiff to continually be forced to eat rotten food prepared by infected inmates, or go hungry to the point of starvation.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 4   The following civil right has been violated: <u>5th and 14th Amendment Violated</u>

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

CCHCS defendants P.MEJIA, C.DOMINGO and ALMA MARTINEZ, tampered with and removed documents from plaintiff's medical file, see EXHIBIT 'O dated Jan 15,20 defendants have been denying plaintiff access to his medical file see EXHIBIT P in direct violation to plaintiff's Constitutional rights under the 5th and 14th amendments to the United States Constitution and violating multiple Titles under the Health Insurance Portability and Accountability Act of 1996. (HIPAA) Then these defendants along with defendants CDCR et al. M.POLLARD are refusing to list plaintiff as an American with a Disability who falls under the A.D.A. definition of a person with CELIAC DISEASE. see EXHIBIT Q As outlined by the A.D.A administration plaintiff clearly falls under the protection and rights secured under the AMERICANS with Disabilities Act and the actions of Defendants is subjecting plaintiff to these due process violations are clearly in violation of violating plaintiffs rights secured under the 5th and 14th Amendments to the United States Constitution.

Wherefore Plaintiff respectfully submitts this first amended complaint.

Dated: 3/2/2021

KENNETH KIMES

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised: _____

_____

_____

_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ?  ☒ Yes  ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

Plaintiff filed multiple greivances/appeals with the State alledging everything that is in this Civil Complaint and have exhausted all forms of relief through all levels of the CDCR and CCHCS administration's, and plaintiff is still without any remedies for my Constitutional Rights being violated save by this complaint under the CIVIL RIGHTS ACT invoked under 42 U.S.C. §1983.

_____

_____

_____

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

#1: From giving plaintiff rotten food,

#2: Stop allowing inmates with H.I.V. and Hepititus and inmates with Disciplinary write ups (115s) for syringes from serving plaintiffs food.

#3: From retaliation and further harassment.

2. Damages in the sum of $ 3,000,000.00 .

3. Punitive damages in the sum of $ 3,000,000.00 .

4. Other: SEE ATTACHED RELIEF REQUESTED.

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

3/2/2021
Date

Signature of Plaintiff

# Relief Requested

Wherefore, ~~from~~ plaintiff requests that the court grant
the following relief:

A. Issue a declaratory judgement stating that:

1. The abuse of the plaintiff by CDCR et al. and
CCHCS et al. violated plaintiff's rights under the
8th Amendment to the United States Constitution
when they forced plaintiff to suffer physical injury
by their deliberate indifference, negligence to plaintiff's
medical diet food needs and allergies subjecting plaintiff
to multiple levels of cruel and unusual punishment, thus
violating numerous state laws as well.

B. Issue an injunction ordering defendants CDCR et al. and
CCHCS et al.

1. Stop giving rotten and spoiled food to plaintiff, or food
containing gluten, and require a daily itemized menu
with each meal detailing what food items ~~are~~ should
be included with each meal.

   Require all medical diet food items to be hermetically
sealed and have clear detailed food ingredients and
nutritional details and expiration dates clearly legible.

2. Stop allowing inmates with H.I.V. and Hepititus and inmates
with disciplinary write ups for hyperdermic syringes to
be allowed to handle   medical diet meals.

3. Refrain from further retaliation and harassment.

4. Be allowed to order gluten free foods consistent with
my medical diet needs at any time from outside
vendors like Walmart, GrubHub, and Amazon.
etc. at plaintiff's own expense and allow the food to be

delivered to plaintiff within 1-2 hours from time of the food
order without theft or tampering and with delivery tracking
and my signature upon delivery and to be allowed to go online
to order such medical diet food as needed.

5. To be allowed That I be allowed open access to or to
own + possess in my cell permanently a smart device
for paying for and ordering and tracking my medical diet
food orders and to check ingredients and to be able to
contact personal medical and legal representatives as needed.
I can repair and replace these devices as needed.

6. That I be allowed the option of either remaining single
cell occupancy and/or have the option of selecting any
a non drug addict narcotic free HIV + Hep. negative
CDCR inmate as a compatible cell mate in order to
prevent retaliation.

C. Award Compensatory damages   jointly and severally against:

1. Defendants CDCR et al. for the physical injuries sustained as a result of them allowing plaintiffs medical food diet to be served rotten and containing gulten/wheat ingredients, and for the emotional injuries resulting from the repeated denial of due process and the threats by staff for raising these issues.

2. Defendants CCHCS et al. for the physical and emotional injuries resulting from their failure to provide adequate medical care of the plaintiff.

D. Award punitive damages in the following amounts:

1. $250,000   each against all   defendants named in this civil rights complaint.

E. Grant such other relief as it may appear that plaintiff is entitled to.

3/2/2021
DATED

RESPECTFULLY SUBMITTED,

KENNETH   KIMES
CDCR# V-80313
R.J.D.C.F. 480 ALTA RD.
SAN DIEGO, CA. 92179

## NOTICE OF STATE CLAIM REQUIREMENT MET

Plaintiff filed a GOVERNMENT CLAIM NOTICE concerning the occurrences raised in this Civil Rights Complaint, with the Office of Risk and Insurance Management, Government Claims Program at 707 3rd st. 1st Floor, West Sacramento, Ca. 95605, and was given a claim number and provided with proof of it being filed.

DATED: 3/2/2021

RESPECTFULLY SUBMITTED,

KENNETH     KIMES
CDCR# V-80313
RJDCF 480 ALTA RD
SAN DIEGO, CA. 92179

# VERIFICATION

State of California
County of: SAN DIEGO

(C.C.P. §445 & 2015.5; 28 U.S.C. §1746)

I, KENNETH KIMES _____ declare under penalty of perjury that I am the Declarant/Prisoner in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge., except as to maters stated therein upon information, and belief, and as to those matters, I believe them to be true.

Executed this **2** day of *March*, in the year of 2021 at R.J. Donovan Correctional Facility (RJD) 480 Alta Road, San Diego, CA 92179.

Signature: _____
(Declarant/Prisoner)

---

## PROOF OF SERVICE BY MAIL

(C.C.P. §1013 (a) & 2015.5; 28. U.S.C. §1746)

I, KENNETH K. KIMES _____ am a resident of R.J Donovan Correctional Facility (RJDCF), in the county of San Diego, state of California. I am over the age of eighteen (18) years of age and am / am not a party of the above entitled action. My state prison address is 480 Alta Road, San Diego, CA 92179.

On 3/2/2021 _____, I served the foregoing: Civil Rights Complaint w/ I.F.P. and supporting Documents/Exhibits

*First Amended Complaint w/ exhibits*
(Set forth exact title of document served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a deposit box so provided at RJDCF.

US DISTRICT COURT
SO. DIST. CAL.
333 WEST BROADWAY STE 420
SAN DIEGO, CA. 92101

ATT. GEN CAL.
600 WEST BROADWAY STE 1800
SAN DIEGO, CA. 92101

There is a delivery service by United States mail at the place so addressed, and there is regular communication by mail between the place of mailing and the place so addressed. I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/2/2021 _____
(Declarant/Prisoner)   (Plaintiff in Pro Se)

14

EXHIBIT   COVER   PAGE

CASE NAME: KIMES v. CDCR et al/CCHCS etal.
CASE NO: 3:21-cv-0124-CAB-AHG

CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C.

§1983 FILED IN THE UNITED STATES

DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF CALIFORNIA.

* First Amended Complaint *

1

Exhibit A

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 3/2/12 | | ✓ | — Lactose free diet ⟩ Dietitian |
| | | | — Gluten free diet ⟩ |
| | | | — 72 y3 x GI follow up |
| | | | — thu after clinic |
| | | | — D/C _____ x3 ___ M. Martinez MD |
| | | | _____ Noted 3/2/12 C1300 |
| | | | _____ |

Confidential
client information
See W. & I Code, Section 4514 and
5328

ALLERGIES  NKA          INSTITUTION  RJD          ROOM/WING  12-134

CDC NUMBER NAME (LAST, FIRST MI)

Kinney, Kenneth
V803.3
3/24/75

**PHYSICIAN'S ORDERS**

Exhibit B

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

| Order Date | Time | Problem | Physician's Order and Medication<br>Orders must be dated, timed, and signed |
|---|---|---|---|
| 4/15/12 | 1330 | | Gluten free diet      copy of order to Helen RNP |
| | | | dairy free diet |
| | | | mobile as previously scheduled |
| | | | Olltop |
| | | | Velvel |
| | | | notd mckpraggna 4/15/12 @ |
| | | | 1330 |

Rest of table is blank.

ALLERGIES: NKDA     INSTITUTION: SRJDCF     ROOM/WING: 18 - 131Y

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
Confidential
Client Information
See W&I Code, Sections 4514 and
5328

Runnels, Kenneth
V80318
5/10/1995

**PHYSICIAN'S ORDERS**

DS-7220 (3/90)

Attachment C

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR-0022 (10-09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| KIMES | | | V80313 | |
| HOUSING/BED NUMBER: D-16-226 | ASSIGNMENT: | | HOURS FROM_____ TO_____ | TOPIC (IE. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Medical diet Tampering |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

For the last 3-4 weeks their has been a major increase in Medical Diet food theft at breakfast. Our bags are being ripped open and one of your kitchen workers is stealing frequently and often from many of the medical diets. Not just mine. Will you please resolve this. Respectfully

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: D Yard Kitchen Manager AM DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | 2-20-16 | | |
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Robinson | | | |

Yes we tracked who it is and we have given him a write up

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENTS SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Above Robinson is a D Yard Kitchen manager

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

6

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| KIMES | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (IE. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | HOURS FROM_____ TO_____ | Medical Diet ongoing |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Very Respectfully... the medical diets have been and continue to be tampered with + stolen from. I'm very curious why this is being allowed to happen. The old system of delivering the medical diets to the D yard at PLAZA gate needs to be reinstated. Since you have ignored all my previous 22 forms on this issue, you are forcing me to 602 this. Can we talk

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: D Yard Kitchen Manager AM    DATE MAILED: ___/___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| B Cole | 3/11/19 | | (CIRCLE ONE)  YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| 3/11/19 D | | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Robinson E | 7/24/19 | | 7/24/19 |

I will Be calling you in to

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) Kimes | (FIRST NAME) | CDC NUMBER: V80313 | SIGNATURE: |
|---|---|---|---|

| HOUSING/BED NUMBER: D - 16 - 226 | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Medical diet theft |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Very Respectfully — Hello, I sent a previous 22 form Re Medical diets being torn open + items stolen. After I brought this to your attention the medical diets were left alone. Also I spoke w/other medical diet recipients and they were recieving whole unopened meals also. BUT that changed today. Today my AM medical diet was once again torn open. I will ask other medical diet participants if they are also affected. Can we talk directly?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO: D Yard Kitchen Manager AM  DATE MAILED 3 6 19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: Robinson | DATE: 7/24/19 | SIGNATURE: Robinson | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: Robinson | DATE: 7/24/19 | SIGNATURE: Robinson | DATE RETURNED: 7/24/19 |
|---|---|---|---|

I found out who is doing it And gave him a write up

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

8

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| KIMPS | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D 16 226 | | | Missing Food |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On April 14 2020 durring breakfast you and Officer Vasquez notified me that half of my food was missing. From my Medical diet was missing. Will you please confirm this? No medical diet food replacement bag was sent no replacement med diet food provided.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: Unit 16 Officer Vasquez     DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | 1/78/20 | | 4/28/20 |

PLEASE DIRECT THIS TO CTC FOOD MANAGER THIS IS OUT OF MY SCOPE OF DUTIES.

4/28 2020 c/o Vasque:

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

9

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| KiMes | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | |
|---|---|---|---|
| D-16-226 | | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): *Medical Diets* |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

Sir on 2/2/2020 durring breakfast I asked the D Yard Kitchen clerk, Lee BB817, Unit 20 cell 148, to tell you that I'd like to talk to you. You didn't talk to me. One of the main medical CTC inmate medical diet workers told me you emailed main medical about not providing D Yard Kitchen any gluten free breakfast Trays. Main medical claims D Yard Kitchen lost all these meals from theft. Will you please answer my previous 22 form + clarity these non step probles

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: *Kitchen Manager Billelo*   DATE MAILED: 2 3 2020

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: 2/3/2020 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY (CIRCLE ONE) IN PERSON / BY MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: 02-07-20 | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Please direct This Issue To Dietian nurci in CTC thanks

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Kitchen Manager Billelo the above matter happend in your Kitchen while you were working. I sent you 2 (22 CDCR forms and this is the only one you responded to. It seems like you and other Medical + RJD staff are trying to deliberately conceal this matter.

| SIGNATURE: | DATE SUBMITTED: 2/9/2020 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

10

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

*Re Lost food on 6/1/2020*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| KIMES | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D 16 226 | | | Missing Medical Diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Officer Rodriguez ~ sir do
You verify/confirm that my Medical Diet
Was not delivered to me + that it was
lost/stolen? Re breakfast + lunch for 6/1/2020

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:   ADDRESSED TO: _Unit 16 C/o Rodriguez_     DATE MAILED: 6 / 1 /2020

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| A Rodriguez | 06.01.20 | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|---|
| | | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| A Rodriguez | 06.01.20 | | 06.01.20 |

I/M KIMES DID NOT RECIEVE NOF HIS MEDICAL MEAL
DURING THIS MORNINGS FOOD SERVICE IN HL 16

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Exhibit D

12

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Kimes | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | | Rotten Health Code Violation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

Respectfully you again have given me expired (2 month expired) tuna packs in my medical diet AND you continue to so employ inmate food worker Gerber who is a known drug user and you dont blood test your Med diet food workers for diseases. This is a health code violation. Why do you continue to deliberately harm the medical diets? For years this has been ongoing.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: Dietician Main Medical    DATE MAILED: 12.29.19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| O AGUILAR | 12/27/19 | O. Guiler | (CIRCLE ONE) YES NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Odelfa Basto RDN | 1-8-20 | Odelfa Basto | 1-8-20 |

Mr. Kimes - The tuna packets are routinely check for expiration date. Regarding food worker - they are supervise by IST's culinary supervisor to make sure that they are in compliance with State & Federal Regulations. thank you. ~ Odelfa Basto RDN

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Todays date is 1/31/2020 above date by Dietician Basto 1/8/2020 seems unlikely since I received this on 1/31/2020. I disagree with Dietician BASTOS response I refute your claim that Inmate medical diet worker Gerber is in compliance w/ State & Federal food handler regulations. Medical does not blood test any inmate food workers for HIV or HCPC or drugs. RJD is in violation of health code

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | 2/2/2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME) | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| S. McCune | 2/6/2020 | | 2/7/2020 |

As Dietician Busto stated, all State and Federal Regulations are followed.

13

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| KIMES | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | | Unedible Medical Diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Respectfully Kitchen Manager
Meadows, thank you for talking to me at dinner time
on 12/30/19 about my dinner meal being
opened and inedible. Will you please
confirm + acknowledge that my dinner
was not edible? Very Respectfully

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) ** NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL. ADDRESSED TO: Kitchen Manager Meadows    DATE MAILED: 12/30/19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| C/O O. Cruz | 12/30/19 | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| G. Meadows | 1/3/20 | G Meadows | 1/3/20 |

Yes, the meal was overcooked My Cook also told us the
Plastic cover came apart while it was cooking.
I offered you a regular meal. Instead you went with
3 Bananas. I have instructed my cooks to turn down
the temp and hopefully that will Remedy both Problems
Thank you

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

14

*Re 1/21/2020 dinner*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Kimes | | V80313 | [signature] |

| HOUSING NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | HOURS FROM_____ TU_____ | Medical Diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Sir, my Medical diet dinner Tray
was given to me completely opened. Your kitchen worker
Brandon D yard cell 333 said "your Tray was wide open,
sorry. I then opened my bag and inside I was an expired
yogurt dated Jan 09 2020 expiration. This is 11 days
expired. My meals have often made me sick
after eating them. Is this food problem going to be fixed?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX.) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL - ADDRESSED TO: Kitchen Manager D Yard _____ DATE MAILED: 1 21 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY (PRINT STAFF NAME): | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES / NO |
|---|---|---|---|
| C. Cruz | 1/21/20 | [signature] | |

| IF FORWARDED - TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|---|
| | | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| G. Meadows | 1/23/20 | G Meadows | 1/23/20 |

Mr. Kimes,
I will speak to all involved on your bags being opened.
I will also speak to those who put the items into
the Bag. I will remind them on looking at dates and
quality of the items being used.
Thank you

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

15

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| KIMES | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | |
|---|---|---|---|
| D-16-226 | | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLL, ETC): Rotten Med diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW C/o SALEWSKY was I given
rotten unedible food in my medical diet on 2/6/2020?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX): **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL; ADDRESSED TO: C/o SALEWSKY D yard    DATE MAILED ___/___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| M SALEWSKY | 02|08|20 | | (CIRCLE ONE)    YES    NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED | METHOD OF DELIVERY |
|---|---|---|
| | | (CIRCLE ONE)  IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. SALEWSKY | 02/08/20 | | 02-08-20 |

The medical diet Kimes # V80313 recieved on
02/06/20 was moldy and rotten.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

16

Exhibit E

17

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| KIMES | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16 226 | | | 1/25/2020 Wheat in food |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

JAN 25 2020 — @ Officer Aguilar today due to FOG we were cell fed for breakfast. I was given a medical diet but the ingredients for my breakfast contained Wheat. I showed you this and ask that you confirm this fact.

** NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

METHOD OF DELIVERY (CHECK APPROPRIATE BOX.)
☐ SENT THROUGH MAIL: ADDRESSED TO: Unit 16 Floor Officer Aguilar   DATE MAILED: ___/___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY (PRINT STAFF NAME): | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| O. AGUILAR | 1/25/20 | O. Guilar | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| O. AGUILAR | 1/25/20 | O. Guilar | 1/25/20 |

YES I DID VERIFY THAT ONE OF THE INGREDIENTS LISTED ON THE LABEL DID SAY, CONTAINS WHEAT.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

18

*1/25/2020 Unit 16 Floor Officer Aguilar*
*Wheat in Food/Med diet*

## French Toast with Applesauce and Breakfast Turkey Patty Link

Item Number CAHHB007

COOKING INSTRUCTIONS (FROZEN): 1200 WATT MICROWAVE OVEN: MICROWAVE ON HIGH 6 TO 8 MINUTES OR UNTIL 165 0 F. COOK THOROUGHLY. REMOVE FROM OVEN, AND LET STAND 1 TO 2 MINUTES. CAREFULLY REMOVE FILM COVER FROM TRAY, PRODUCT WILL BE HOT!

INGREDIENTS: Applesauce (Apples And Water), French Toast (Whole Wheat Bread (Whole Wheat Flour, Water, Enriched Wheat Flour [Flour, Malted Barley Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Sugar, Wheat Gluten, Yeast, Salt, Soybean Oil, Mono And Diglycerides, Calcium Propionate (Preservative), Datem, Calcium Sulfate, Citric Acid, Soy Lecithin, Grain Vinegar, Potassium Iodate), Water, Whole Wheat Batter (Whole Wheat Flour, Sugar, Enriched Bleach Wheat Flour [Enriched With Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Dextrose, Eggs, Yellow Corn Flour, Corn Syrup Solids, Natural Flavor, Modified Corn Starch, Salt, Leavening (Sodium Aluminum Phosphate, Sodium Bicarbonate), Nonfat Milk, Spice, Artificial Flavor, Modified Cellulose Gum, Spice Extractive) Coating (Bleached Enriched Wheat Flour [Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Yellow Corn Flour, Sugar, Soy Flour, Salt, Dextrose, Leavening [Sodium Bicarbonate, Monocalcium Phosphate], Yeast), Soybean Oil, Cinnamon Sugar (Sugar, Spices, Natural Flavor, Silicon Dioxide [Added To Prevent Caking])), Breakfast Turkey Patty Link (Mechanically Separated Turkey, Water, Textured Soy Flour, Seasoning (Salt, Spices, Corn Syrup Solids, Dextrose, Autolyzed Yeast Extract, Spice Extractives, BHA, Propyl Gallate, Citric Acid), Caramel Color).

Contains: Egg, Milk, Soy, Wheat.



Distributed by ABC Venares
West Sacramento, CA 95605
PERISHABLE KEEP FROZEN

### Lot code 32619

Net Weight: 7.7 oz (219 g)

INSPECTED FOR WHOLESOMENESS BY U.S. DEPARTMENT OF AGRICULTURE P-45096

## Nutrition Facts

Serving Size 1 Package (219g)
Servings Per Container 1

**Amount Per Serving**

**Calories** 300   Calories from Fat 90

| | % Daily Value* |
|---|---|
| **Total Fat** 10g | 15% |
| Saturated Fat 1.5g | 8% |
| Trans Fat 0g | |
| **Cholesterol** 30mg | 10% |
| **Sodium** 400mg | 17% |
| **Total Carbohydrate** 44g | 15% |
| Dietary Fiber 3g | 12% |
| Sugars 19g | |
| **Protein** 11g | |

| | | |
|---|---|---|
| Vitamin A 4% | • | Vitamin C 2% |
| Calcium 10% | • | Iron 8% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

R3

*See 1/25/2020 CDCR 22 form*

*Lot Code 32619 + given to me on 1/25/2020*
*Was this expired overdo 1 year expired?*

19

*To D Yard Kitchen Manager Billelo*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*Re 1/27/2020 Wheat problem*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME: (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| RIMES | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | HOURS FROM_____ TO_____ | ADA Medical Diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On 1/27/2020 durring AM breakfast I was given a raw dinner tray at the chow hall that had wheat ingredients. I showed this wheat dinner tray to you + you took this tray + replaced it w/ a wheat free dinner tray. You could not locate + find my gluten free breakfast it was missing. You stated you would email CTC Medical Clinic + request a replacement replacement breakfast tray. Did CTC Medical respond + did they provide you a replacement Breakfast? I never recieved it.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL: ADDRESSED TO: *D Yard AM Kitchen Manager Billelo* _____ DATE MAILED: 1 27 2020

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | 1/27/20 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

*NO ANSWER*

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

20

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Kimes | | V 80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (IE, MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16 226 | | | Wheat in Medical diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

C.O. Salewsky on 4/4/2020
in my GLUTEN FREE Breakfast I was given food with wheat ingredients and I showed this to you. Will you please confirm this and that my medical diets have constant ongoing problems?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: C.O. M Salewsky  DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| M. Salewsky | 4/5/40 | | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Salewsky | 4/5/20 | | 4/5/20 |

Kimes - On 4/4/20 you approached me and showed me your special diet meal and pointed to the ingredient list which included wheat in the list.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

21

## Pancakes with Peaches in Light Syrup and
## Breakfast Turkey Patty Link
Item Number CAHHB005

COOKING INSTRUCTIONS (FROZEN) 1200 WATT MICROWAVE OVEN: MICROWAVE ON HIGH 5 TO 6 MINUTES OR UNTIL 165 0 F. COOK THOROUGHLY. REMOVE FROM OVEN. AND LET STAND 1 TO 2 MINUTES. CAREFULLY REMOVE FILM COVER FROM TRAY. PRODUCT WILL BE HOT!

INGREDIENTS: **Peaches in Light Syrup** (Peaches, Water, Sugar), **Pancake** (Water, Enriched Unbleached Wheat Flour: Dextrose, Sugar, Soy Oil, Whole Eggs, Baking Powder (Sodium Acid Pyrophosphate, Bicarbonate Of Soda, Corn Starch, Monocalcium Phosphate), Buttermilk, Salt), **Breakfast Turkey Patty Link** (Mechanically Separate Turkey, Water, Textured Soy Flour, Seasoning (Salt, Spices, Corn Syrup Solids, Dextrose, Autolyzed Yeast Extract, Spice Extractives, Bha, Propyl Gallate, Citric Acid, Caramel Color).

Contains: Egg, Milk, Soy, Wheat.

Distribued by ABC Ventures
West Sacramento, CA 95605
PERISHABLE KEEP FROZEN.

## Lot code 04920

Net Weight: 8.4 oz (240 g)



### Nutrition Facts
Serving Size 1 Package (240g)
Servings Per Container 1

| Amount Per Serving | |
|---|---|
| **Calories** 300 | Calories from Fat 60 |

| | % Daily Value* |
|---|---|
| **Total Fat** 7g | 11% |
|   Saturated Fat 1g | 5% |
|   Trans Fat 0g | |
| **Cholesterol** 25mg | 8% |
| **Sodium** 420mg | 18% |
| **Total Carbohydrate** 50g | 17% |
|   Dietary Fiber 1g | 4% |
|   Sugars 20g | |
| **Protein** 11g | |

| | | | |
|---|---|---|---|
| Vitamin A 15% | | Vitamin C 6% | |
| Calcium 10% | | Iron 15% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
|   Saturated Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
|   Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INSPECTED U.S. DEPARTMENT OF AGRICULTURE P-45096

*Medical Diet*
*4/4/2020 Witnessed by C/O M Salewsky*

*4/4/2020*
*Witnessed*
*by C/O*
*M Salewsky*



*4/4/2020 Medical diet food items*
*Both have Wheat ingredients*
22

Exhibit F

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Kimes | V 80313 | D-16-226 |

PATIENT SIGNATURE *K*

DATE 4/13/19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem) My Medical diet Today made me sick to my stomach. The chicken salad that was in an unsealed undated cup as always was the likely cause. Rarely do any of the medical diet foods have expiration dates and food is always missing. No menu is included with our meal bags. This is done to conceal daily missing foods.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM. These problems have been happening for

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

Patient Discharge Instructions

**Name:** KIMES, KENNETH     **Current Date:** 01/31/20 14:56:34

**DOB:** 03/24/75     **CDCR:** V80313

**Reason For Visit:** Asthma; BPH (benign prostatic hyperplasia); Celiac disease; Chronic interstitial cystitis; GERD without esophagitis; Health examination of prisoner; History of sinus bradycardia; Hyperlipidemia, mixed; Sore throat; Viral URI

**Recommendations and arrangements for future care**

**Medically Indicated Diets: Diet Inpatient/Outpatient Gluten Free**
10/28/19 14:07:00 PDT, Start Meal: Breakfast, Constant Indicator

**Devices/Equipment:**

Other: glasses**Reading Glasses Permanent** Routine - Within 90 Calendar Days

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Continue taking these Medications:
**aspirin EC 81 mg Tab-DR (ASPIRIN 81 MG TABLET EC)**
- *For Hyperlipidemia:* Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
- Start Date: April 25, 2019
- Take for: 365 day(s)

*Comments: Swallow whole. Do not chew or crush. May take with food to lessen chance of stomach upset. Medication should be taken with plenty of water.Do not lie down for at least 10 minutes after taking this medication. Limit alcohol use while taking this drug. Daily use of alcohol may increase the risk of stomach bleeding. Patients regularly taking NSAIDs (e.g. ibuprofen) and this drug may be at a greater risk for stomach bleeding and should consult their physician. Warning: Do not use if you are pregnant, suspect that you are pregnant, or while breastfeeding Consult your doctor or pharmacist.*

25

**levalbuterol 45 mcg/puff Aerosol 15 gm (XOPENEX HFA 45 MCG INHALER)**
  • *For Asthma:* Take 2 puff (Total Dose = 90 mcg), by mouth every 6 hours on your own as needed for shortness of breath
  • Start Date: April 25, 2019
  • Take for: 365 day(s)
*Comments: 1 -for- 1 EXCHANGE*

**mirtazapine 15 mg Tab (Remeron)**
  • *For Bipolar disorder:* Take 1 tab (Total Dose = 15 mg), by mouth once a day at bedtime from a nurse
  • Start Date: January 20, 2020
  • Take for: 180 day(s)
*Comments: Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery.*

**omeprazole**
  • *For Heartburn:* Take 1 cap (Total Dose = 20 mg), by mouth once a day on your own
  • Start Date: April 25, 2019
  • Take for: 365 day(s)
*Comments: It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. Swallow whole. Do not crush.*

**simvastatin 20 mg Tab (SIMVASTATIN 20 MG TABLET)**
  • *For Hyperlipidemia:* Take 1 tab (Total Dose = 20 mg), by mouth once a day at bedtime on your own
  • Start Date: April 25, 2019
  • Take for: 365 day(s)
*Comments: Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. Do not take this drug if you are pregnant. Take with food or milk. Avoid grapefruit and grapefruit juice while taking this medication.*

**tamsulosin 0.4 mg Cap (TAMSULOSIN HCL 0.4 MG CAPSULE)**
  • *For History of BPH:* Take 2 cap (Total Dose = 0.8 mg), by mouth once a day at bedtime on your own
  • Start Date: April 25, 2019
  • Take for: 365 day(s)
*Comments: Take with food or milk. Swallow whole. Do not crush. Some non-prescription drugs may aggravate your condition. Read all labels carefully. If a warning appears, check with your doctor before taking. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery.*

KIMES, KENNETH has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 RN Initial Visit (Symptomatic)**
01/31/20 13:20:00 PST, 1 business day, 137.252.9.97.20200104301855536159532479#1.00, 01/31/20 23:59:00 PST, c/o gluten free food tampered with, stomach pin and diarrhea.

# HEALTH CARE SERVICES REQUEST FORM
CDCR 7362 (Rev. 03/19)

| PART I:  TO BE COMPLETED BY THE PATIENT | | | |
|---|---|---|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. | | | |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: *Kimes*

CDCR NUMBER: *V80313*

HOUSING: *D-16 226*

PATIENT SIGNATURE: ~~(signature)~~

DATE: *3/23/2020*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*I have developed a bleeding ulceR. When I eat greasy spicy meats I get a dull ache in 1-2 hours.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

OTRR314    INMATE PRIORITY PASS

| INMATE'S NAME | | CDC# | HOUSING AREA/BED | |
|---|---|---|---|---|
| Kimes, Kenneth | | V80313 | D 016 2 - 226001U | |
| ISSUED BY | | ISSUE DATE | APPT. DATE | APPT. TIME |
| U. UNKNOWN | | 03/24/2020 | 03/25/2020 | 07:05 |
| APPT. LOCATION | | TYPE / REASON | | |
| D Lab Line | | Allied Services/ | | |
| ARRIVAL TIME: | | RECORDED BY: | | |
| DEPART TO: | DEPART TIME: | RECORDED BY: | | |

920

27

Attachment G

**Inmate**

| ⊙ Permanent | O Temporary | ☐ Expires on: | | ☐ Expiration Unspecified, Review in 6 Months |
|---|---|---|---|---|

| Level of Care Based on Patient Need | | Classification Factors | |
|---|---|---|---|
| OP ⊙ | Acute Rehab O | Temp. Medical Hold* ☐ | Long Term Stay ☐ |
| SOP O | Hospice O | Temp. Medical Isolation* ☐ | Override²* ☐ |
| OHU O | SNF O | | |
| CTC O | GACH/Outside Hospital O | | |

**Intensity of Services**

| Proximity to Consult | Functional Capacity | Medical Risk | Nursing Care Acuity |
|---|---|---|---|
| No Particular Need ⊙ | Vigorous Activity O | Low Risk O | Basic Nursing ⊙ |
| Infreq. Basic Consultation O | Full Duty ⊙ | Medium Risk O | Uncomplicated Nursing O |
| Freq. Basic Consultation O | Limited Duty* O | High Risk ⊙ | Low-Intensity Nursing O |
| Tertiary Consultations* O | Totally Disabled* O | | Medium-Intensity Nursing O |
| Community Placement* O | | | High-Intensity Nursing O |
| | | | Special Nursing O |

| Specialized Services | | Institutional-Environmental | |
|---|---|---|---|
| Clinical Category 1 ☐ | Therapeutic Diet¹* ☐ | Restricted-Altitude* ☐ | Req. Electrical Access¹* ☐ |
| Clinical Category 2 ☐ | Respiratory Isolation ☐ | Restricted-Cocci Area 1 ☐ | Req. Adaptive Equip.¹* ☐ |
| Pregnancy Program ☐ | Speech/Occ. Therapy ☐ | Restricted-Cocci Area 2 ☑ | Req. Medical Transport* ☐ |
| Transplant Center ☐ | Physical Therapy ☐ | Restricted-No Stairs¹* ☐ | See CDCR 1845 and 7410¹* ☑ |
| Hemodialysis ☐ | Durable Med. Equip.¹* ☐ | | |
| Dementia ☐ | Transgender ☐ | | |

Comments (all * items)
(non-confidential)

As needed protein powder, produce, vegetables from approved vender.
see 7410
no 1845
gluten free diet

(medically-confidential)

| Completed by (Print Name: )Ryan Barenchi | CDCR: V80313 | |
|---|---|---|
| Signature: DIGITALLY AUTHENTICATED | Last Name: KIMES | |
| Title: Physician and Surgeon          Date: 10/28/2015 | First Name: KENNETH | MI: |
| Institution: HCSRJD-Richard J. Donovan Correctional Facility-10002235 | DOB: 3/24/1975 | |

* Include details in Comments
¹ Include detail in CDCR 1845 or CDCR 7410 as appropriate
² Regional Medical Executives Only. State Factors overridden in Comments

Distribution: Original - eUHR, Chrono Section; Copy - C&PR or RC CCIII, Central File, Medical Chrono Section; CCI; Inmate (Housing: RJD R  007 1 109001L  )

29

\* Auth (Verified) \*

California Correctional Health Care Services      R.J. DONOVAN CORRECTIONAL FACILITY

## MEDICAL PROGRESS NOTE

| NAME: KIMES, KENNETH | CDCR#: V80313 | DATE OF SERVICE: 01/04/2016 |
| --- | --- | --- |
| DATE OF BIRTH: 03/24/1975 | HOUSING: B 007 2203001LP | PAROLE DATE: LIFE |

TIME: 12:50

Test of Adult Basic Education (TABE) score 12.9. Disability Placement Program (DPP) code not applicable.

CHIEF COMPLAINT: Dizziness and diarrhea.

SUBJECTIVE: The patient is a 40-year-old male with gluten sensitivity, history of celiac disease, who at our last visit reported that he is still being given food with wheat products in it and because of that he continues to have diarrhea. He has actually brought his boxers in with him that have diarrhea stains all over them, and he has weight loss of 12 pounds since our last visit, some abdominal cramping, no nausea or vomiting. I did refer him to the dietician at the last visit. He says that there has never been a visit by her or any changes made to his meals, and I cannot find any notes regarding a Dietary visit in the electronic Unit Health Record (eUHR).

PAST MEDICAL HISTORY: Reviewed.

MEDICATIONS: Reviewed.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

REVIEW OF SYSTEMS: CONSTITUTIONAL: Negative for fever, chills or night sweats. Negative for recent weight gain or loss. DERMATOLOGIC: Denies rash or unusual lesions. HEENT: Denies visual problems, earache, sore throat, epistaxis or sinus issues. RESPIRATORY: Denies cough, shortness of breath, congestion, dyspnea on exertion, wheezing or hemoptysis. CARDIOVASCULAR: Denies chest pain, palpitations, or lower extremity edema. GENITOURINARY: Denies nocturia, hematuria, and dysuria. MUSCULOSKELETAL: Denies arthralgias, stiffness, neck and low back pain. NEUROLOGIC: Denies headache, focal weakness or numbness. HEMATOLOGIC: Denies recent bruising or bleeding.

OBJECTIVE: VITAL SIGNS: Temperature 98.2, heart rate 80, blood pressure 109/65, respirations 16. Oxygen saturation 100% on room air. Height 6 feet 2 inches. Weight 152. Previous weight was 164 on 12/04/2015. Body mass index 20. Peak flow 450. GENERAL: Alert and oriented x3. Well-developed, well-nourished in no acute distress. SKIN: Warm, dry and intact. HEENT: Normocephalic, atraumatic. LUNGS: Clear to auscultation bilaterally. HEART: Regular rate and rhythm with no murmurs, gallops, or rubs. NEUROLOGICAL: Grossly intact. Patient is mentally stable.

LABORATORY DATA / DIAGNOSTIC DATA: Nothing new to review.

ASSESSMENT / PLAN:
1. Celiac disease and weight loss. The patient did show me at our last visit labels of food he had been given that did have wheat in them. I placed a Dietary referral. I do not see any evidence that that was done. He does have well-documented weight loss at this visit, so I am going to start him on LNS 1 can p.o. b.i.d. and have placed another Dietary referral. I have updated his Chrono so that it reflects that he has celiac disease, and I have added a notation in there that the patient has asked me to add that states that at the patient's own expense he can obtain food from vendors that is consistent with his celiac disease diagnosis so he can help supplement his diet. I have let him know that that in no way means that Custody that has to listen to that order. It would be only to assist him in getting some additional nutrition that will not irritate his stomach. Again, I let him know this was no guarantee he will be allowed to do that when in Administrative Segregation. Once he goes back out to the yard, that is probably more likely to happen because he will have access to canteen.
2. Preventative health was not addressed.

EDUCATION: I educated the patient about my changing his Chrono and how that is essentially a suggestion. It does not necessarily need to be heeded by Custody, and Dietary can still make recommendations overriding my LNS prescription.

* Auth (Verified) *

California Correctional Health Care Services      R.J. DONOVAN CORRECTIONAL FACILITY

**EFFECTIVE COMMUNICATION:** The patient's TABE score is 12.9. We spoke slowly, and clearly in simple language. Extra time was given. The patient understood all the information. I asked him to repeat the information back to me, which he did. By these means, effective communication was achieved.

**FOLLOWUP:** Followup will be as scheduled.

| DISABILITY CODE: | ACCOMMODATION: | EFFECTIVE COMMUNICATION: |
|---|---|---|
| () TABE score less than 4.0 | (X) Additional time | (X) Patient asked questions. |
| () DPH () DPV () LD | () Equipment () SLI | (X) Patient summed information |
| () DPS () DNH | () Louder  (X) Slower | PLEASE CHECK ONE |
| () DNS () DDP | (X) Basic () Transcribe | () Not reached*   (X) Reached |
| (X) Not Applicable | () Other* | *See Chrono/notes |

COMMENTS:

X RB
_____
Ryan Barenchi, MD
Digitally Authenticated on 1/6/2016 10:24 AM
Signed by: Barenchi, Ryan

RB/ks   D: 01/04/2016 01:10:24 pm      T: 1/6/2016 8:12:46 am      Job #: 1322231

DICTATED BY Ryan Barenchi, MD
KIMES KENNETH      DOB: 03/24/1975      Page 2 of 2      DOS:

**MEDICAL CLASSIFICATION CHRONO**

CDCR 128-C3 (REV. 10/13)

### Inmate

| ⦿ Permanent | O Temporary | ☐ Expires on: | | ☐ Expiration Unspecified, Review in 6 Months |
|---|---|---|---|---|

| Level of Care Based on Patient Need | | Classification Factors | |
|---|---|---|---|
| OP ⦿ | Acute Rehab O | Temp. Medical Hold* ☐ | Long Term Stay ☐ |
| SOP O | Hospice O | Temp. Medical Isolation* ☐ | Override²* ☐ |
| OHU O | SNF O | | |
| CTC O | GACH/Outside Hospital O | | |

### Intensity of Services

| Proximity to Consult | Functional Capacity | Medical Risk | Nursing Care Acuity |
|---|---|---|---|
| No Particular Need ⦿ | Vigorous Activity O | Low Risk O | Basic Nursing ⦿ |
| Infreq. Basic Consultation O | Full Duty ⦿ | Medium Risk O | Uncomplicated Nursing O |
| Freq. Basic Consultation O | Limited Duty* O | High Risk ⦿ | Low-Intensity Nursing O |
| Tertiary Consultations* O | Totally Disabled* O | | Medium-Intensity Nursing O |
| Community Placement* O | | | High-Intensity Nursing O |
| | | | Special Nursing O |

| Specialized Services | | Institutional-Environmental | |
|---|---|---|---|
| Clinical Category 1 ☐ | Therapeutic Diet¹* ☐ | Restricted-Altitude* ☐ | Req. Electrical Access¹* ☐ |
| Clinical Category 2 ☐ | Respiratory Isolation ☐ | Restricted-Cocci Area 1 ☐ | Req. Adaptive Equip.¹* ☐ |
| Pregnancy Program ☐ | Speech/Occ. Therapy ☐ | Restricted-Cocci Area 2 ☑ | Req. Medical Transport* ☐ |
| Transplant Center ☐ | Physical Therapy ☐ | Restricted-No Stairs¹* ☐ | See CDCR 1845 and 7410¹* ☑ |
| Hemodialysis ☐ | Durable Med. Equip.¹* ☐ | | |
| Dementia ☐ | Transgender ☐ | | |

Comments (all * items)
(non-confidential)

Daily, as needed any gluten free foods yorgurt, protein powder, produce, fruits, and vegtetables from market vendor at inmates expense.  LNS 1 can by mouth with breakfast and dinner.
See 7410, no 1845
gluten free diet

(medically-confidential)

| Completed by (Print Name: )Ryan Barenchi | CDCR: V80313 | |
|---|---|---|
| Signature: DIGITALLY AUTHENTICATED | Last Name: KIMES | |
| Title: Physician and Surgeon                    Date: 1/4/2016 | First Name: KENNETH | MI: |
| Institution: HCSRJD-Richard J. Donovan Correctional Facility-10002235 | DOB: 3/24/1975 | |

* Include details in Comments
¹ Include detail in CDCR 1845 or CDCR 7410 as appropriate
² Regional Medical Executives Only. State Factors overridden in Comments

Distribution: Original - eUHR, Chrono Section; Copy - C&PR or RC CCIII, Central File, Medical Chrono Section; CCI; Inmate (Housing: RJD B  007 2 203001L )

32

Attachment H

33

# WALKENHORST'S

**Walkenhorst's Customer Account Statement**

Statement Date: 1/2/2020

Account: #CAV80313
KENNETH KIMES V80313
480 ALTA RD
SAN DIEGO, CA 92179

| Date | Description | Reference | | Amount | Balance |
|------|-------------|-----------|--|--------|---------|
| 02/09/15 | DEPOSIT FOR SALES ORDER | SO-1852972 | | 100.00 | 100.00 |
| 04/06/15 | DEPOSIT FOR SALES ORDER | SO-1883782 | | 38.30 | 138.30 |
| 12/29/15 | SALES INVOICE | SI-3109341 | SO-2028423 | -75.09 | 63.21 |
| 01/27/16 | SALES INVOICE | SI-3123317 | SO-2044930 | -62.99 | 0.22 |
| 01/31/17 | DEPOSIT FOR SALES ORDER | SO-2288579 | | 200.00 | 200.22 |
| 02/14/17 | SALES INVOICE | SI-3342492 | SO-2294112 | -178.39 | 21.83 |
| 12/26/18 | DEPOSIT FOR SALES ORDER | SO-2803899 | | 100.00 | 121.83 |
| 01/14/19 | DEPOSIT FOR SALES ORDER | SO-2817032 | | 100.00 | 221.83 |
| 03/29/19 | SALES INVOICE | SI-3813399 | SO-2861740 | -94.99 | 126.84 |

Remaining Balance:  **$ 126.84**

above is a Medical Chrono Dr Barenchi
chrono food order sent to me by
Walkenhorsts. I sent them Chrono
authorization + they sent above to
R+R. R+R had copy of this Chrono
for Medical food orders + now file is
missing. Walkenhorst refuses to answer my
questions

34

# RJD INMATE PROPERTY CARD

INMATE NAME _KIMES_

CDCR NUMBER _V80313_

DATE CARD INITI...

| DATE ISSUED | ITEM DESCRIPTION WITH MAKE, MODEL AND SERIAL NUMBER IF APPLICABLE | I/M SIG |
|---|---|---|
| 3/3/20 | LOST PROPERTY CARD PER 602 APPEAL · SAT VERIFIED BREAKS | |
| | HOT POT — COAX CABLE + RCA CABLE 3 3-WAY Power Outlet | |

Exhibit I

*log #t requested*



1915991

V80313

IAB USE ONLY   Institution/Parole Region   Log #   Category

RJD-D-19-07290

FOR STAFF USE ONLY



You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| KIMES | V80313  D-16-226 | | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

ADA disability discrimination

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): My ADA 1824
(RJD-A-19-1910) was not resolved. RJD is engaging in
in disability based discrimination against my ADA
Celiac Disease disability. RJD is blocking a Medical

B. Action requested (If you need more space, use Section B of the CDCR 602-A):
1) That RJD stop engaging in disability based
discrimination   and stop   deliberately
blocking + ignoring DR Barenchis' Medical Chrono

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
1) 12 Pages with 1824/DR Barenchi Chrono etc
2) 22 Form M.Stewart 7/10/19 3) Medical Records

☐ No, I have not attached any supporting documents. Reason: _____

Received
___ 2 3 2019
RJD ___ F Appeals

Living Conditions

(food Services)

Property (clothes
Staff ___

REC BY ___

DEC 2 0 2019

Inmate/Parolee Signature: _____   Date Submitted: 7/21/19

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction) Date: 7/23/19   Date:   Date:   Date:
☐ Cancelled (See attached letter) Date:
☒ Accepted at the First Level of Review.   E. GARZA   ED AW - OPS   8/23/19

Assigned to: S. ANDERSON S. ANDERSON   Title: FAC AW   Date Assigned: 7/24/19   Date Due: 10/07/19

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 9/6/19   Interview Location: FAC D PROGRAM

Your appeal issue is: ☐ Granted ☒ Granted in Part ☐ Denied ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: L. COLEY   Title: SGT   Signature: _____   Date completed: 9/6/19
(Print Name)

Reviewer: E. CURNS   Title: AW (A)   Signature: _____
(Print Name)

Date received by AC OCT 0 7 2019

AC Use Only
Date mailed/delivered to appellant OCT 0 7 2019

37   front + back

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

RSD-19-42-0

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 191599 | | | B |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| KIMES | V80313 | D-16-226 | |

**A.** Continuation of CDCR 602, Section A only (Explain your issue) : authorization (see Medical Chrono by LR Barenchi) that allows me to order as needed Celiac/ gluten free foods from outside market vendor at my expense. This is clear disability based discrimination and this is a civil rights violation. Celiac Disease is of record as an ADA Americans with Disability Act Disability)

Received
12 23 2019
RJDCF Appeals

Received
OCT 14 2019
RJDCF Appeals

REC. BY OOA
DEC 20 2019

Inmate/Parolee Signature: _____    Date Submitted: 7/21/19

**B.** Continuation of CDCR 602, Section B only (Action requested): Authorization, That I be allowed market grocery store delivered foods as needed, 2) Compensation/reparations for RJD deliberate ADA discrimination (RJD + CACR deliberate ADA discrimination).

Inmate/Parolee Signature: _____    Date Submitted: 7/21/19

38    front + back

# Memorandum

Date : September 6, 2019

To : Kimes, K. (CDCR# V80313)
Facility D-16-226U
Richard J. Donovan Correctional Facility

Subject: **FIRST LEVEL APPEAL RESPONSE LOG NO: RJD-D-19-04270**

Appeal Issue:
You have filed a CDCR 602, Inmate Appeal, alleging the following:
1. You claim that your ADA 1824 was not resolved. You allege that Richard J. Donovan Correctional Facility (RJDCF) is engaging in a disability based discrimination against your ADA Celiac disease. You state RJDCF is blocking a medical authorization that allows you to order, as needed, Celiac gluten-free foods from outside market vendor, at your expense. You also state this is a civil rights violation. You indicated Celiac disease is on record of being a disability, according to the American with Disability Act.

Action Requested:
1. You request to have Richard J. Donovan Correctional Facility stop engaging in a disability based discrimination and stop deliberately blocking and ignoring Dr. Barenchi's Medical Chrono authorization, which allows you to have market grocery store delivered foods, as needed.
2. You further request compensation for RJDCF deliberate ADA Discrimination.

REGULATIONS: The rules governing this issue are:
| | |
|---|---|
| CCR 3001 | **Subject to Regulations** |
| CCR 3084.1 | **Right to Appeal** |
| CCR 3193 | **Liability** |
| DOM 54030.8 | **Personal Property Packages** |

INTERVIEWED BY: An interview was conducted by Correctional Sergeant L. Coley, on September 6, 2019.

A review of the Disability and Effective Communication System (DECS) on September 6, 2019, indicated your TABE score is 12.9; DPP code is None; DDP code is NDD; and you are a participant in the MHSDS Program at the CCCMS level of care.

During the interview, you were given the opportunity to provide additional information and/or to clarify the issues under review. You thoroughly explained your appeal issues but provided no new evidence, documentation, or information that would support your appeal.

Appeal Response/Discussion:
In reaching a decision on this/these issue(s), below you find an itemized response:

Issue:
1. You claim that your ADA 1824 was not resolved. You allege that Richard J. Donovan Correctional Facility (RJDCF) is engaging in a disability based discrimination against your ADA Celiac disease. You state RJDCF is blocking a medical authorization that allows you to order, as needed, Celiac gluten-free foods from outside market vendor, at your expense. You also state this is a civil rights violation. You indicated Celiac disease is on record of being a disability, according to the American with Disability Act.

DECISION: The appeal is Partially Granted.

Action requested:
1. Your request to have Richard J. Donovan Correctional Facility stop engaging in a disability based discrimination and stop deliberately blocking and ignoring Dr. Barenchi's Medical Chrono authorization, which allows you to have market grocery store delivered foods, as needed. Your appeal has been partially granted. You were allowed to purchase any necessary food items from the approved vendor list, meals on wheels and canteen, as indicated on the Reasonable Accommodation Panel (RAP) response documentation you provided, which was sent to you on April 30, 2019.
2. Your request for compensation for RJDCF deliberate ADA Discrimination, is denied. You have not provided any proof of deliberate ADA Discrimination by RJDCF. Options have been provided to you and you have chosen not to exhaust them. Therefore you have not proven any deliberate act of discrimination against you by the institution.

This decision does not exhaust the administrative remedy available to you within CDCR. You have the right to submit a claim directly with the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035.

Also, be advised this issue may be submitted to the Second Level of Review, if desired, by completing Section "D" of the CDCR 602 and submitted the appeal with the supporting documents to the RJDCF Appeals Office.


E. Garza
Associate Warden (A) – Operations and Education
Richard J. Donovan Correctional Facility

N/A; DDP code is: NCF; and you are a participant in the MHSDS at the CCCMS level of care.

In Section D, you indicated you were dissatisfied with the FLR. You indicated the RJDCF is intentionally interfering with the treatment once prescribed in violation of *Estella v Gamble, 429 US 97, 107-05 (1976)* and the 8th Amendment. CDCR officials know of the risks to your health and continue to disregard an excessive risk to your health.

Appeal Response/Discussion:
In reaching a decision on this/these issue(s), below you find an itemized response:

Issues:
1. You claim your CDCR 1824 was not resolved because you believe the RJDCF is engaging in a disability-based discrimination against your Celiac disease. You state RJDCF is blocking a medical authorization allowing you to order Celiac gluten-free foods from outside market vendors, at your expense as needed. You also state this is a civil rights violation. You indicated Celiac disease is on record as being a disability, according to the ADA.

   Medical Doctor Barenchi was interviewed concerning this appeal. Dr. Barenchi stated he authored the Medical Classification Chrono, dated January 14, 2016, when he was a new employee to the CDCR and did not know the RJDCF would provide Inmate (I/M) Kimes gluten-free meals. He stated he was probably tricked into writing that statement. Dr. Barenchi authored a Chrono 128-C, dated October 28, 2019, in which he notes CDCR gives you gluten-free meals, and you do not require gluten-free meals or any other foods from offsite vendors for medical reasons.

   If you feel you need further treatment for your Celiac disease, you need to submit a CDCR 7362 to be seen by your Primary Care Physician.

DECISION: Your appeal is **Partially Granted.**

Action requested:
1. Your request to have the RJDCF stop engaging in a disability based discrimination and stop deliberately blocking and ignoring Dr. Barenchi's Medical Chrono is Granted. You are authorized to purchase any gluten-free food items from the RJDCF Canteen and approved vendors. Your request for authorization, which allows you to have market grocery store delivered foods as needed, is Denied. All approved vendors have to submit a request to the California Department of Corrections and Rehabilitation (CDCR) to become approved vendors, and at this time, none of the local markets have requested to become approved vendors.
2. Your request for compensation for RJDCF's deliberate ADA discrimination is Denied. The RJDCF has not discriminated against you. The Meal on Wheels

Program provides you with three (3) Heart Healthy Gluten-free meals. If you wish to purchase additional gluten-free food or snack items, the approved vendors and the RJDCF Canteen can provide the aforementioned items for purchase.

<u>MODIFICATION ORDER:</u> None.

Also, be advised that this issue may be submitted for a Third Level of Review, if desired, by completing section "F" of the CDCR form 602 and mailing the appeal to the Chief of the Office of Appeals at the address listed on the back of the CDCR form 602.

M. POLLARD
Warden (A)          11-26-19
Richard J. Donovan Correctional Facility

42

**OFFICE OF APPEALS**
P.O. Box 942883
Sacramento, CA 94283-0001



OFFICE OF APPEALS
THIRD LEVEL DECISION

March 30, 2020

Kimes, Kenneth, V80313
RJD

Dear Mr./Ms. Kimes,

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals (OOA) received your CDCR Inmate 602 Appeal log number RJD-19-04270, TLR number 1915991 for the purposes of providing a Third Level Response.

Due to time constraints, OOA will not issue a Third Level Response to your inmate appeal. The Second Level Response to your appeal, previously issued to you, serves as the Department's decision.

This response by the Office of Appeals will be the only response and is not appealable to CDCR.

This action by OOA does not excuse you from exhausting any other administrative remedies that may be required or available to you in relation to your particular claim, including, but not limited to, the Department of General Services Government Claims Program, the Department of Fair Employment and Housing, and the Equal Employment Opportunity Commission.

Office of Appeals
California Department of Corrections & Rehabilitation

cc:     Appeals Coordinator

43

Exhibit J

44

**NAME and NUMBER**

Kenneth Kimes (V80313)

Mr. Kimes receives a gluten free diet from CDCR.  He does not require gluten free foods or any other foods from offsite vendors for medical reasons.

**DATE**

28-Oct-2019

**MEDICAL-PSYCHIATRIC-DENTAL**

R. Barenchi, MD
Physician & Surgeon   RJD

45

Exhibit K

# WALKENHORST'S

November 1, 2019

Kenneth Kimes V80313, D16-226
RJDCF
480 Alta Road
San Diego, CA 92179

Mr. Kimes:

Thank you for writing to Walkenhorst's and letting us know of your concerns. We are
unsure the exact date when we stopped taking medical Chronos but it was around 4 years
ago. It was not our decision to do so but CDCR disallowed for us to accept them. We
apologize for the inconvenience.

Thank you again, and please let us know if we can be of any further assistance.

Best Regards,
Damien
Customer Service

WALKENHORST'S
445 INGENUITY AVE
SPARKS, NV 89441-5219

OAKLAND CA 945

04 NOV 2019 PM 4 L    FOREVER USA
Barn Swallow

RECEIVED: INSPECTED:
PHOTO:
STAMPS:

NOT _____

ENVELOPES:
PAPER:
OTHER:

92179-000180

47

Exhibit L

48

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT) (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Kimes | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (ILE, MAIL, CONDITION OF CONFINEMENT, PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | | 12/4/18 1515 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I request a copy of package + book lists for inmates going to R+R for the date of 12/4/18

Please provide me copies of these lists etc. ~~~~~~~~~~

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL – ADDRESSED TO: R+R          DATE MAILED: 12.5.19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY (PRINT STAFF NAME): | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| Hormozi | 12/6/19 | Hormozi | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED BY: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Cowan | 12/10/19 | | 12/10/19 |

No, you do not need them nor can you have them

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY

Respectfully I ~~are~~ request to be provided copies of the package + book lists for the date of 12/4/18 for buildings 16/17/18/19/20, on D Yard.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | 12/17/19 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Cowan | 12/17/19 | | 12/17/19 |

I looked for the documents you are inquiring about however I can't find them for this 2018 year. C/O Ceballos was in charge of those records however she left R/R mid summer 2019.

Distribution: Original – Return to Inmate/Parolee; Canary – Inmate/Parolee's 2nd Copy; Pink – Staff Members Copy; Goldenrod – Inmate/Parolee's 1st Copy.

49

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| KIMES | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | | R+R % Ceballos |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

12/17/19 %o COWART RESPECTFULLY
Today you told me that you could not locate R+R inmate book +
package list for 12/4/18. You stated that %o J Ceballos no longer
works in R+R and, that she was in charge of those records +
that those records are now missing. You also stated that she was
responsible for me lossing my TV + SONY radio. Is this accurate
ARE those records missing? Respectfully

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: R+R %o COWART          DATE MAILED: 12/19/19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| R. EREGE | 12/19/19 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Cowart | 12/24/19 | | 12/24/19 |

No I had no knowledge you lost any property.
As far as the paper work goes, I explained to you
that Officer is no longer in this Dept. and we
do not keep the lists. However I never once
told you that C/O Ceballos was responsible for you losing
property. I have no knowledge of the issues you have
prior to the last conversation

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE CONTEXT IF YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR. IN PERSON OR BY US MAIL. KEEP CANARY COPY.

AGAIN C/o Cowart Respectfully I disagree with your
response. I request a copy of the 12/17/2019 AM/
12/4/18 D Yard Book + package lists for evidence
Units Buildings 16 17 18 19 and 20. VERY
RespectFULLY

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | 12/29/19 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Cowart | 12/31/19 | | 12/31/19 |

I spoke to my supervisor and those aren't
required to be kept and archived. So we do not
have them.

50

Exhibit M

## SECTION A: INMATE/PAROLEE REQUEST

NAME (PRINT) (LAST NAME): **Kimes** (FIRST NAME):

CDC NUMBER: **V80313**

SIGNATURE:

HOUSING/BED NUMBER: **D-16-226** ASSIGNMENT:

HOURS FROM ___ TO ___

TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): **Kitchen Sanitation**

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Respectfully - For years their has been a drug usage + hygeine sanitation problem in the D Yard Kitchen. This problem + these health code violations are bad for everyone including the medical diets. Your workers (many of them) have HIV - Hep C + use drugs while working in the Kitchen. Why does this continue to happen? When is this going to be fixed?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: **D Yard Kitchen Manager** DATE MAILED: **12/14/19**
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

RECEIVED BY: PRINT STAFF NAME: **R. EREC** DATE: **12/14/19** SIGNATURE:

FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) **YES** NO

IF FORWARDED - TO WHOM:

DATE DELIVERED/MAILED:

METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL

## SECTION B: STAFF RESPONSE

RESPONDING STAFF NAME: **Ward, W.** DATE: **12/12/19** SIGNATURE: DATE RETURNED: **12/12/19**

Kitchen workers are medically cleared to work in the Kitchen prior to being assigned by inmate assignment.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Kitchen Manager Ward you did not address the issue. There is a serious hygeine + sanitation and drug use addiction problem that you are well aware of. Why is this hygeine sanitation health code violation allowed? You + and all staff are aware of this + you are allowing this to happen. Why?

SIGNATURE:

DATE SUBMITTED: **12/18/19**

## SECTION D: SUPERVISOR'S REVIEW

RECEIVED BY SUPERVISOR (NAME): DATE: SIGNATURE: DATE RETURNED:

Refused to answer

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

I Jeff Garcia, CDCR No: AY-9110, have been assigned to RJD Facility "D" Culinary and to RJD (CTC) culinary. I can declare that during my assignment to each seperate position, inmates were handling food unsupervised. Some of these inmates were known IV drug users, and/or tested positive for communicable diseases IE (HIV/HEPC). Most of the food was not in sealed containers when packaged and served, which left it open to possible contamination, I have not worked in any Culinary position since 6-5-18. However an Audit reviewing Medical Records of all past and present Culinary workers including CTC, Central Kitchen, and Facilities A,B,C,D,E,and M will show direct negligence of Health and Safety, as well as Hiring procedures and Protocol.

   Also enclosed are (3) copies of attempts to recieve Mental Health Records, specifically "Psychotherapy Notes" which, as of 3-10-2020, has still not been answered.

                         Jeff Garcia #AY-9110

53

# HEALTH CARE SERVICES REQUEST FORM
CDCR 7362 (Rev. 03/19)

## PART I: TO BE COMPLETED BY THE PATIENT

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: KIMES

CDCR NUMBER: V80313

HOUSING: D-16-226

PATIENT SIGNATURE: _[signature]_

DATE: 3-10-2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) On 3/5/2020 2 two approved + cleared by Medical Kitchen food handlers were injecting heroin in front of me. These app medically cleared food handlers probably have HIV Hepc. They syringe liquid on me so now I'm at risk. I request blood testing to see if these approved food handlers have infected me.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 3 12 20 08N

Received by: _[signature]_

Date / Time Reviewed by RN: 3 12 20 8 80

Reviewed by: _[signature]_

S:      Pain Scale: 1 2 3 4 5 6 7 8 9 10

_Fwded to PCP for review_

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY:

NAME OF INSTITUTION

PRINT / STAMP NAME

SIGNATURE / TITLE

DATE/TIME COMPLETED

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject indiv civil liability under applicable federal and state law.

Distribution: Original - Health Record ; Copy - Patient

54

# Declaration

I, George Meraz #T24113 do state the following to be true. I work as a food assembler and handler at R.J. Donovan Dyard Kitchen. I've been employed there since January 22nd. R.J. Donovan and Kitchen staff are violating state and federal codes by knowingly employing food workers with communicable diseases such as Hepatitis and HIV. Dyard Kitchen often has no cleaning chemicals and no soap for kitchen workers. This also is a health code violation. I have seen intraveaneous drug use by food workers in the Dyard Kitchen minutes before serving begins. Food is frequently stolen and tampered with by inmate food workers. Drug addicted workers are never tested or punished in order to conceal the drug epidemic at R.J. Donovan. Their are no cameras on the yard or in the kitchen on Dyard. The Dyard Kitchen is usualy filthy. Eating any food prepared from this kitchen can be a serious health risk. Staff is directly responsible for these serious problems that plague Dyard Kitchen.

George Meraz T24113

March 20th, 2020

550

# Declaration

I Ken Kimes V80313 state the following to
be True...
Inmate J Blackwell AN9724 (Also known
as Gerber) has been employed by both A
Yard Kitchen and C.T.C. Medical Kitchen
and has been assembling my Celiac Disease
Gluten Free Diets for over a year. I have
made numerous complaints RE J Blackwells
theft and tampering and deliberate contamination
of my medical diet and of Blackwells theft of
my medical diet food which he uses to pay
for his narcotics usage + addiction. Inmate
Blackwell has had 3 THREE NARCAN
emergency ressucitations and outside ambulance
emergency outside hospital treatment due to
narcotics overdoses, all of which are of record
and RJD on 12/29/19 issued a 115 disciplinary
(3016c-05) log# 000006948819. After all
of these of record Health Code Violation incidents
RJD Medical + Culinary Department knowingly
allowed inmate Blackwell to continue to work as a
medically cleared Medical Diet food handler
in clear violation of federal + state health code
regulations. This was harmful + discriminatory
towards me, and proves ADA discrimination.
On 2/25/2020 CTC Medical Diet inmate
food handler inmate Tillman          almost
died from a narcotics overdose and was
also NARCAN ressucitated which is of record.

OVER

Exhibit N

*12/29/14 Gerber overdosed TN9724 Blackwell*
*+ was unable to return to work*

*Receipt 115 hearing on 1/13/20*
*Disciplinary*

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Kimes | | V80313 | X |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| D-16-226 | | | Rotten Health Code Violati... |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

*J. Blackwell*

Respectfully you again have given me expired (2 months expired) fungal snacks in my Medical diet. AND you continued to use empty inmate food worker Gerber who is a known drug user and you don't blood test your Med diet food workers for diseases. This is a health code violation. Why do you continue to deliberately harm the medical diets? For years this has been ongoing.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO: Dietician Main Medical   DATE MAILED: 12 39 19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| O. AGUILAR | 12/27/19 | O. Giler | (CIRCLE ONE) YES NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

58

*Ongoing nonstop diet problems* Med

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME *Kimes*

CDCR NUMBER *V80313*

HOUSING *D-16-226*

PATIENT SIGNATURE *Ongoing Nonstop Diet Problem*

DATE *1/24/2020*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*Many of my Gluten Free Medical diets have had wheat ingredients in them and often my food has been opened + tampered with. This is an ongoing problem. I've been having stomach pain + diareha ongoing.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

---

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
OTRR314        INMATE PRIORITY PASS

| INMATE'S NAME Kimes, Kenneth | | CDC# V80313 | HOUSING AREA/BED D  016 2 - 226001U | |
|---|---|---|---|---|
| ISSUED BY U. UNKNOWN | ISSUE DATE 01/30/2020 | APPT. DATE 01/31/2020 | APPT. TIME 13:20 | |
| APPT. LOCATION D PC RN Clinic Medical | TYPE / REASON Medical/Nursing/ | | | |
| ARRIVAL TIME: | RECORDED BY: | | | |
| DEPART TO: | DEPART TIME: | RECORDED BY: | | |

1218

59

yes

## PART I: TO BE COMPLETED BY THE PATIENT

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:  MEDICAL ☐  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: *Kimes*

CDCR NUMBER: *V80313*

HOUSING: *D-16 226*

PATIENT SIGNATURE

DATE: *3/4/2020*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

*Last night and this morning I was again given rotten gag reflex inducing rotten food in my medical gluten free diet. This is a ongoing for years problem. There are no expiration dates on 90% of my food.*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received:

Received by:

Date / Time Reviewed by RN: *3-6-20 0800 0801*

Reviewed by: *muurt ru*

S: *Per dietician you have to sens Form 22 when again is regarding*

Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T:  P:  R:  BP:  WEIGHT:

*therapustic diet. no space to respond*

A: *in 7362.*

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY

NAME OF INSTITUTION

PRINT / STAMP NAME

SIGNATURE / TITLE

DATE/TIME COMPLETED

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

 60

KENNETH KIMES
V80313

**YOUR TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS
BEEN DETERMINED:**

Your test results are essentially within normal limits or are unchanged and no provider
follow-up is required.

Your stool test was positive for blood.

**YOUR TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS
BEEN DETERMINED:**

You are being scheduled for a follow-up appointment.  You will be receiving a ducat
indicating your appointment time.

 Your stool test was positive for blood on 4/1/20 

Clayton, David P&S

Sincerely,

California Correctional Health Care Services

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) Kimes | (FIRST NAME) | CDC NUMBER: V80313 | SIGNATURE: |
| --- | --- | --- | --- |

| HOUSING/BED NUMBER: D-16-226 | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (i.e. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Medical Records |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

My recent Olsen Review documents were missing items that I requested. You did not provide me copies of the 2 Medical Chronos provided to me by DR Barenchi ① 10-28-2015) and TWO ② 1-4-2016. I need copies of these 2 Chronos, I have asked numerous times for these + they are never provided. I also request a Olsen Review Packet be sent to me.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: _Medical Records Ms Mejia_ DATE MAILED: 11/26/19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: HORMOZ | DATE: 11/26/19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
| --- | --- | --- | --- |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
| --- | --- | --- |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: Medical Records Ms Mejia | DATE: | SIGNATURE: | DATE RETURNED: 12/18/19 ✓ |
| --- | --- | --- | --- |

12/18/19 I look for Dr Barench Chronos for those Day I was Unable to Locate Any of Those that He was going to Update for this Patient

Inmate Unable to Look Personal in the Computer Runs on Mega Hat-I Not able to Have a Laptop or Computer for Him

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

OTRR314     INMATE PRIORITY PASS

**INMATE PRIORITY PASS**

| INMATE'S NAME | CDC# | HOUSING AREA/BED |
| --- | --- | --- |
| ISSUED BY | ISSUE DATE | |
| APPT. LOCATION | APPT. DATE | APPT. TIME |
| TYPE / REASON | | |
| ARRIVAL TIME | | |
| DEPART TO | DEPART | |

1-4-16   NO CHRONOS

10-28-15   NO CHRONO

12-18 Wednesday 1000

12/18/19 Meeting D Yard

missing Chrono for Dr Berench

P Mejia notes ←
✓

Labs Done 2018 → UP
Outside Hospital SHARP 2019
All Dental 2017-18-19
Dr Barench Chrono NONE 20-15 or 2016

63

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (PRINT) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Kimes | | V80313 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT, PAROLE, ETC.): |
|---|---|---|---|
| D 16 226 | | | Missing Medical Records |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Ms Mejia I have met with you numerous times + I also met with Ms C Domingo Re the missing Medical Records (DR BARENCHI, 2 CHRONOS (9/28/15, and 1/4/16) and other medical records. You still can't find DR Barenchi chronos?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO _____ DATE MAILED: __/__/__

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| ASKERNEESE | 01-15-20 | | (CIRCLE ONE) YES NO |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Unable to locate the chronos for Dr Barenchi
1-17-20

## SECTION C: REQUEST FOR SUPERVISOR REVIEW ~~Received~~ Unable to locate the chronos

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENTS SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Met with Medical Records Ms P Mejia + C Domingo on 1/15/2020 This meeting was witnessed by C/O Askerneese on 1/15/2020 in D Yard Medical C. Above was written by Ms Mejia she wrote 1-17-20 the actual date was 1/15/2020

| SIGNATURE: | CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION | | |
|---|---|---|---|
| | OTRR314 **INMATE PRIORITY PASS** | | |

| INMATE'S NAME | CDC# | HOUSING AREA/BED |
|---|---|---|
| Kimes, Kenneth | V80313 | D 016 2 - 226001U |

| ISSUED BY | ISSUE DATE | |
|---|---|---|
| P. Mejia | 01/10/2020 | |

| APPT. LOCATION | APPT. DATE | APPT. TIME |
|---|---|---|
| D CLINIC MEDICAL RECORDS | 01/15/2020 | 09:00 |

| TYPE / REASON | | |
|---|---|---|
| Medical Records | | |

| ARRIVAL TIME: | | RECORDED BY: |
|---|---|---|
| | | |

| DEPART TO: | DEPART TIME: | RECORDED BY: |
|---|---|---|
| | | |

D Yard Medical Medical Records C Domingo + P Mejia + C/o Askerneese

y: Goldenrod - Inmate/Parolee's 1st Copy.

Exhibit P

65

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

# MEMORANDUM

| | |
|---|---|
| **Date:** | **2/6/2020** |
| **To:** | **Kimes, Kenneth V-80313** |
| **From:** | **Health Information Management Department** |
| **Subject:** | **INCOMPLETE REQUEST FOR RECORDS** |

Health Information Management received your request to obtain your medical records. After review, we are unable to process your request, is missing information. An HIM staff member will meet with you when you receive this letter. HIM staff member will assist you in completing the information necessary to finish processing your request.

Thank you for your cooperation.

Alma Martinez
Health Information Management
Richard J. Donovan Correctional Facility

*Delivered*
*on:*

*2-12-20*

*9:30*

 

Exhibit Q

# REASONABLE ACCOMMODATION REQUEST
CDCR 1824 (Rev. 09/17)

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF |
|---|---|---|
| (un) | RJD-D-20-1368 | **Received** MAR 09 2020 RJDCF Appeals |

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\***

DO NOT use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| KIMES | V80313 | | A 16 226 |

INSTRUCTIONS:

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I have Celiac Disease + ~~were~~ receive a Gluten Free medical diet ~~every~~ ~~month~~ but RJD medical has not assigned me ADA _____ status. Celiac Disease is of record as a ADA recognized disability.

**WHY CAN'T YOU DO IT?**

RJD ~~for Cut~~ has not made me of record for ADA ~~else~~ ~~Just the up~~

**WHAT DO YOU NEED?**

To be made of record for ADA (which should have been done already) This appeal follows/supports RJD D 19.04270

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☒    No ☐    Not Sure ☐

List and attach documents, if available:

1) Gluten Free Meal Label

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____       3/6/2020
INMATE'S SIGNATURE        (DATE SIGNED)

Assistance in completing this form was provided by:

_____     _____     _____
Last Name       First Name       Signature



68

# REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 03/12/20     **Date IAC Received 1824:** 03/09/20     **1824 Log Number:** RJD-D-20-1368

**Inmate's Name:** KIMES, K.     **CDCR #:** V80313     **Housing:** RJD-D-16-2-226-1U

**RAP Staff Present:** J. Castro, ADA Coordinator; Dr. J. Hodges, Chief Physician & Surgeon; E. Frijas, Custody Appeals Representative; P. Sheets, Health Care Compliance Analyst; M. Ortiz, Health Care Grievance Representative; Dr. K. Rodriguez, Psychologist; G. Martinez, Education.

**Summary of Inmate's 1824 Request:**

1. Requesting for Celiac disease to be recognized as a ADA disability

**Interim Accommodation:**

☒ Interim accommodation provided:

**FINAL RESPONSE:**

**RAP is able to render a final decision:**

Kimes submitted a Request for Reasonable Accommodation requesting for celiac disese to be recognized as a ADA disability. On 3/09/20, Custody Staff that regularly supervises Kimes was interviewed and confirmed that Kimes is able to access programs and services on the facility.

A DVP was submitted by a Medical Subject Matter Expert which details Kimes was evaluated by his Primary Care Provider (PCP) on 3/09/20, and it was determined that he does have a diagnosis for Celiac diseases, and does receive a gluten free diet. In addition, Celiac disease is protected under the ADA as of 2008.

**Direction if dissatisfied:** If you disagree with this decision, submit a CDCR 602 HC grievance relative to the medical issues, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

J. Castro, AW
**ADA Coordinator/Designee**          Signature          **Date sent to inmate:** APR 0 7 2020

69

RAP Response - rev 08-17-17.docx

Re 3:21-cv-00124-CAB-AHG    SENT ON
3/4/2021

Dear Court Clerk

I am sending you my entire complaint with exhibits. This is my First Amended Complaint. I am also enclosing a copy of the First Amended Complaint cover/title page for you to please file/date stamp and mail back to me in the S.A.S.E. I am enclosing. Thank you.

Respectfully

Ken Kimes V80313
D-16-226
480 ALTA Road
San Diego CA 92179

Kimes V80313
D-16-226
480 ALTA Rd
San Diego CA 92179

Legal Mail
Case #
3:21-cv-0124-CAB-MG
Sent 3/1/2082

US District Court
office of the Clerk
333 West Broadway
STE 420
San Diego CA 92101

California Department of
Corrections + Rehabilitation

Hurm 73/5 [illegible] 3/4/2024

Legal Mail